```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   DIANNE HUGHEY,               :    CIVIL ACTION
                                :    NO. 08-03213
        Plaintiff,              :
                                :
           v.                   :
                                :
   THE HOME DEPOT USA, INC.     :
   d/b/a THE HOME DEPOT,        :
                                :
        Defendant.              :
```

## ORDER

          **AND NOW**, this **23rd** day of **July 2009,** upon consideration of Defendant's oral motion to exclude Plaintiff's testimony concerning statements by unidentified Home Depot employees, it is hereby **ORDERED** that Defendant's motion is **GRANTED.**

      **IT IS FURTHER ORDERED** that Plaintiff's testimony concerning statements by unidentified Home Depot employees is **EXCLUDED** as inadmissible hearsay.

      **AND IT IS SO ORDERED.**

                                            _s:/ Eduardo C. Robreno____
                                            **EDUARDO C. ROBRENO, J.**